**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kristie Powell,

Plaintiff

Court File No.: 00-974 MJD/JGL

vs.

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

Adjustment Service of N.A., Inc.,
A foreign corporation,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

Dated: 7/25/00

By ______________________
Thomas J. Lyons, Jr. (#249646)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

and

**THE BARRY LAW OFFICE, LTD.**

Dated: July 20, 2000

By ______________________
Peter F. Barry (#0266577)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 714-8800

***Attorneys for Plaintiff***

(7)

AUG 03 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 03 2000
DEPUTY CLERK

Powell v. Adjustment Service 00-974 (MJD/JGL)

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 7/11/00

By ________________________

Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated: 8.2.00

________________________
Judge of United States District Court